# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5296**  **September Term, 2006**

06cv01642

Filed On: December 13, 2006

[1010705]
Tyrone Hurt,
      Appellant

v.

Secret Service Protection of the President of the U.S.,
      Appellee

MANDATE
Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED: 2/6/07
BY: [signature]
ATTACHED: ___ Amending Order
            ___ Opinion
            ___ Order on Costs

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:** Ginsburg, Chief Judge, and Henderson and Tatel, Circuit Judges

## JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed September 25, 2006, be affirmed. Because appellant fails to allege that he has suffered an injury due to the existence of the Secret Service, the district court properly dismissed appellant's suit for lack of standing. See Lujan v. Defenders of Wildlife, 504 U.S. 555, 560 (1992).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk